FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETH N.,<br><br>            Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | NO: 2:19-CV-10-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

BEFORE THE COURT is a Stipulated Motion for Remand, ECF No. 15, from the parties in this matter. The Court finds good cause to **GRANT** the motion, **ECF No. 15**, and **DENY AS MOOT** Plaintiff's pending Motion for Summary Judgment, **ECF No. 11**.

Consistent with the parties' stipulation, **IT IS FURTHER ORDERED** that the Commissioner of Social Security's final decision is **REVERSED** and **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to do the following:

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

- Reevaluate, with the assistance of a medical expert, if available, the severity of the claimant's mental impairments;
- Reconsider the medical opinions of record, including that of Dr. Clark;
- Reconsider the claimant's symptom testimony;
- Reassess the claimant's residual functional capacity assessment; and
- Reassess steps four and five with the assistance of a vocational expert.

Upon proper application, Plaintiff shall be eligible for attorney's fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 *et seq.*

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** August 29, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 2