AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**8/29/19**

SEAN F. McAVOY, CLERK

Beth N.

*Plaintiff*

v.

Commissioner of Social Security

*Defendant*

Civil Action No. 2:19-CV-00010-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court finds good cause to GRANT the Stipulated Motion for Remand, ECF No. 15, and DENY AS MOOT Plaintiff's pending Motion for Summary Judgment, ECF No. 11. Consistent with the parties' stipulation, IT IS FURTHER ORDERED that the Commissioner of Social Security's final decision is REVERSED and REMANDED for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson
   on a Stipulated Motion for Remand.

Date: 11/20/19 Nunc Pro Tunc 8/29/19

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza